**Form 131**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Mark L. Kennison**
  Debtor(s)

Bankruptcy Case No.: 20–20157–JAD

Chapter: 7
Docket No.: 12 – 9

## CERTIFICATION

The undersigned Clerk of the above–entitled Court certifies that:

The above–captioned case was filed on **January 15, 2020** without all documentation necessary to complete the filing. The Clerk notified the Debtor(s)' attorney, or Debtors(s) if not represented by an attorney, that the deadline for filing the required schedules, statements and/or other documents was **February 12, 2020** and failure to meet that deadline would result in the dismissal of the case.

As of **February 14, 2020,** the above deadline has passed and some or all of the required documents have not been filed with the Clerk.

Michael R. Rhodes
Clerk

## ORDER

**IT IS HEREBY ORDERED** that the above–captioned case is **DISMISSED WITHOUT PREJUDICE,** based on the foregoing *Certification* and pursuant to *Fed.R.Bankr.P. 1007* and *Amended General Order #1991–1* of the Court.

Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

Debtor(s) remain legally liable for all of their debts as if the bankruptcy *Petition* had not been filed.

Dated: February 14, 2020

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                        Case No. 20-20157-JAD
Mark L. Kennison                                              Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: mgut              Page 1 of 1              Date Rcvd: Feb 14, 2020
                              Form ID: 131            Total Noticed: 5
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2020.
```
db              +Mark L. Kennison,   88 North Main Street,   Washington, PA 15301-4515
15184191        +Fiscus & Ball, P.C.,   310 Grant Street, Suite 3100,   Pittsburgh, PA 15219-2241
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 15 2020 02:45:14     Pennsylvania Dept. of Revenue,
                  Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                  Harrisburg, PA  17128-0946
cr              +EDI: PRA.COM Feb 15 2020 07:33:00      PRA Receivables Management, LLC,   PO Box 41021,
                  Norfolk, VA 23541-1021
15184823        +EDI: RMSC.COM Feb 15 2020 07:33:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                  PO Box 41021,   Norfolk, VA 23541-1021
                                                                               TOTAL: 3
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. Bank Trust National Association, as Trustee f
                                                                               TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2020                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2020 at the address(es) listed below:
```
        James   Warmbrodt    on behalf of Creditor   U.S. Bank Trust National Association, as Trustee for
         Towd Point Master Funding Trust BOA Legacy 2018 bkgroup@kmllawgroup.com
        Matthew M. Herron    on behalf of Debtor Mark L. Kennison mmh@thedebtdoctors.com,
         hgs@thedebtdoctors.com;alb@thedebtdoctors.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Pamela J. Wilson    pwilson@pjwlaw.net,   pwilson@ecf.axosfs.com
                                                                               TOTAL: 4
```